JUL-19-2005 09:48 FROM:

BELVIN KENT SMITH (State Bar #52813)
1970 Broadway, Suite 1250
Oakland, CA 94612
Telephone: (510) 835-8855
Facsimile: (510) 835-7650

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THEOTIS DICKERSON,                 )   No. C-04-01594 BZ
                                   )
        Plaintiff,                 )   **REQUEST FOR DISMISSAL**
                                   )
        v.                         )
                                   )
CITY OF OAKLAND, J. GARCIA,        )
OAKLAND POLICE DEPARTMENT;         )
and DOES 1-30,                     )
                                   )
        Defendants.                )
_____)

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE that plaintiff is requesting that Action No. C-04-01594-BZ be

//
//
//
//
//
//
//

REQUEST FOR DISMISSAL



BY FAX

E-filing

1  dismissed against all parties and all causes of action.

2  DATED: July 19, 2005            LAW OFFICES OF BELVIN KENT SMITH

3

4                                  By *[signature]*
5                                  Attorney for Plaintiff

6  Consent to the above dismissal is hereby given.

7  DATED: July 19, 2005            CITY ATTORNEY'S OFFICE

8

9
                                   By *[signature]*
10                                 JULIA TEN EYCK
                                   Deputy City Attorney
11                                 Attorney for Defendants

12
                                              IT IS SO ORDERED
13

14                                            *[signature]*
15                                            Bernard Zimmerman, Magistrate Judge
16
                                              7 Aug 05
17                                            Date

18

19

20

21

22

23

24

25

26

27

REQUEST FOR DISMISSAL                                                    2